FILED: JUNE 26, 2008
08CV3666
JUDGE HIBBLER
MAGISTRATE JUDGE NOLAN
EDA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **NASAR A. AL KHADAR,** ) <br> File No. 074 544 211, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL MUKASEY**, U.S. Attorney General, ) <br> Department of Homeland Security**;** ) <br> **EMILIO T. GONZALES**, Director of ) <br> U.S. Citizenship & Immigration Services, ) <br>     Defendants. ) | CASE NO. <br><br> JUDGE <br><br><br><br> MAGISTRATE |

**PETITION FOR HEARING ON NATURALIZATION**
**APPLICATION UNDER 8 U.S.C. § 1447(b)**

NOW COMES the Plaintiff, NASAR A. AL KHADAR, by and through his attorney, Bonita B. Hwang Cho, Law Offices of Cheng, Cho & Yee, P.C., and complaining of Defendant, states as follows:

1.    Plaintiff is a lawful permanent resident of the United States who is statutorily eligible to naturalize and become a United States citizen. Plaintiff's application for naturalization has been unlawfully delayed by Defendant since August 9, 2006. As a consequence, this Court has jurisdiction to adjudicate Plaintiff's naturalization application and to grant him naturalization pursuant to 8 U.S.C. § 1447(b).

**JURISDICTION**

2.    This Court has jurisdiction over the subject matter of this case pursuant to 8 U.S.C. § 1447(b) (jurisdiction over naturalization application), 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 2201 (declaratory judgment).

3.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(e) and 8 U.S.C. § 1447(b) because Plaintiff resides within the district of this court.

1

## PARTIES

4. Plaintiff NASAR A. AL KHADAR ("Al Khadar") is a lawful permanent resident of the United States from Jordan. His N-400 Application for Naturalization was filed with U.S. Citizenship and Immigration Services ("USCIS") on August 9, 2006, and he was interviewed on said application on February 7, 2007. Plaintiff's application is still pending.

5. Defendant Michael Mukasey is the Attorney General of the United States.

6. Defendant Emilio T. Gonzalez is the Director of USCIS, and he is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of USCIS, an agency under the Department of Homeland Security, including the approval and denial of immigration benefits. Specifically, Mr. Gonzalez is responsible for the grant or denial of naturalization applications under the Immigration and Nationality Act implementing regulations. See e.g. 8 U.S.C. § 1421, 8 C.F.R. § 310 and 8 C.F.R. § 316.3.

## FACTS

7. Plaintiff, a lawful permanent resident from Jordan, submitted an N-400 Application for Naturalization to USCIS on August 9, 2006 upon which he was interviewed and examined on February 7, 2007. See Exhibit A.

8. Plaintiff has made multiple inquiries on his case to USCIS.

9. It has been almost one and a half year since Plaintiff Al Khadar's interview, and no decision has yet been made on his N-400 Application, even though he is entirely eligible for naturalization.

## CLAIMS

10.  Much more than 120 days have passed since Plaintiff has filed his N-400 Application for Naturalization, and Defendant has made no decision on Plaintiff's application in violation of 8 U.S.C. § 1447(b).

11.  Defendant's failure to make a determination on Plaintiff's application within the 120 day statutory period entitles Plaintiff to bring this matter before this Court for a hearing pursuant to 8 U.S.C. § 1447(b).

## REQUEST FOR RELIEF

12.  Plaintiff seeks de novo judicial determination of his naturalization application and a grant of naturalization from this Court.  In the alternative, Plaintiff seeks that the Court remands the application to USCIS with an order to immediately adjudicate his application.

WHEREFORE, Plaintiff prays that this Court:

1.  Grant this petition and enter a judgment granting Plaintiff's naturalization and ordering that he is a naturalized citizen of the United States;

2.  In the alternative, remand the application to USCIS with an order that it adjudicate the application within 15 days of said order;

3.  Grant attorneys' fees and costs under the Equal Access to Justice Act;

4.  Grant such other and further relief as is fit and proper.

Respectfully submitted,
**NASAR A. AL KHADAR**

By: /s/ Bonita B. Hwang Cho
    One of his attorneys

Bonita B. Hwang Cho
Attorney for Plaintiff
134 N. LaSalle, Ste. 1618
Chicago, IL 60602
Ph 312-853-3088
Fax 312-853-3098
bcho@lawyersimmigration.com

## **CERTIFICATE OF SERVICE**

I, Bonita B. Hwang Cho, the attorney, hereby certify that on the June 26th, 2008, a Petition for Hearing was served to:

Michael Mukasey, U.S. Attorney General
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

and

Emilio Gonzales, Director of U.S. CIS
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

and

Patrick J. Fitzgerald
U.S. Attorney
Northern District of Illinois
219 South Dearborn, Suite 5000
Chicago, IL 60604

/s/ Bonita B. Hwang Cho

Attorney for Plaintiff
Bonita B. Hwang Cho
Law Offices of Cheng, Cho & Yee, P.C.
134 N. La Salle Street, Suite 1618
Chicago, Illinois 60602
(312) 853-3088
bcho@lawyersimmigration.com