## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV3666  Assigned/Issued By: EDA

Judge Name: HIBBLER  Designated Magistrate Judge: NOLAN

### FEE INFORMATION

Amount Due: ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other ____
☐ $455.00

Number of Service Copies ____   Date: ____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00   Receipt #: 2891104

Date Payment Rec'd: 06/26/08   Fiscal Clerk: ____

### ISSUANCES

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
  (Victim, Against and $ Amount)
☐ Citation to Discover Assets   ☐ Other
☐ Writ ____
  (Type of Writ)   (Type of issuance)

3 Original and 0 copies on 06/26/08 as to ALL DEFS.
   (Date)