# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

NASAR A. AL KHADAR,
Plaintiff

V.

Michael Mukasey, U.S. Attorney General, et. al.

CASE NUMBER: 08CV3666

ASSIGNED JUDGE: JUDGE HIBBLER
MAGISTRATE JUDGE NOLAN
EDA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Emilio Gonzalez, Director of U.S. Citizenship and Immigration Services
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bonita B. Hwang Cho
134 North LaSalle Street
Suite 1618
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for t relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of tir after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*
-------------------------------
(By) DEPUTY CLERK

June 26, 2008
-------------------------------
Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/27/08 |
| NAME OF SERVER (PRINT) Susan J Lee | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by certified mail
  Emilio Gonzales, Director of U.S. CIS
  c/o Office of the General Council
  U.S. Dept of. Homeland Security, Washington, D.C. 20528

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/08
             Date                    Signature of Server

                                     134 N. Lasalle St. Suite 1618
                                     Address of Server
                                     Chicago, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

